Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD.,<br><br>*Plaintiff*<br><br>v.<br><br>AOQI TECH, APARKSTARS, BALRAMJUY, BO YEON, BOCHENXIN, CANVASPAINT, DOAHURRY, EFTYCEN, ELLANE, FLYINGSEEDS, FORUESLY, GEVINER DIRECT, HUZOMIN, IDEASHOP, LOSU, LUCIA DEALS, LYCHUN, MELANIE_SHOP, ORDTBY INC., REAL TONE, RIOTAXY, RITAMI US, STARBEAM, THEPBRO, TINGCHAOGUANHAI, WDHFDG, WEIERNUO-1, WOAINIJIA, XLILISHOP, YOMITOY, YONGWOO-WELL, YUJIACHENG and ZOOTOP,<br><br>*Defendants* | **24-cv-1933 (KPF)**<br><br>**UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

Dated:    April 9, 2024
         New York, New York

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE