Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 1250)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff* <br><br> v. <br><br> AOQI TECH, *et al*., *Defendants* | CIVIL ACTION No. 24-cv-1933 (KPF) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FoxMind Canada Enterprises Ltd. ("FoxMind" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant(s) AOQI TECH and Ideashop in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

2

Dated: May 8, 2024 	Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Gabriela N. Nastasi
       Gabriela N. Nastasi
       gnastasi@ipcounselors.com
       EPSTEIN DRANGEL LLP
       60 East 42nd Street, Suite 1250
       New York, NY 10165
       Telephone:	(212) 292-5390
       Facsimile:	(212) 292-5391
       *Attorneys for Plaintiff*
       *FoxMind Canada Enterprises Ltd.*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2024.

       _____
       HON. KATHERINE POLK FAILLA
       United States District Judge