Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 1250)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff* <br><br> v. <br><br> AOQI TECH, *et al.*, *Defendants* | **CIVIL ACTION No.** <br> **24-cv-1933 (KPF)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FoxMind Canada Enterprises Ltd. ("FoxMind" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant(s) AOQI TECH and Ideashop in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: May 8, 2024                                          Respectfully submitted,

                                              **EPSTEIN DRANGEL LLP**

                                    BY:   /s/ Gabriela N. Nastasi
                                                     Gabriela N. Nastasi
                                                     gnastasi@ipcounselors.com
                                                     EPSTEIN DRANGEL LLP
                                                     60 East 42nd Street, Suite 1250
                                                     New York, NY 10165
                                                     Telephone:    (212) 292-5390
                                                     Facsimile:     (212) 292-5391
                                                     *Attorneys for Plaintiff*
                                                     *FoxMind Canada Enterprises Ltd.*

```
The Clerk of Court is directed to terminate Defendants AOQI TECH and
Ideashop from the action.
```

**It is so ORDERED.**

Signed at New York, NY on   May 9   , 2024.

                                                           _____
                                                           HON. KATHERINE POLK FAILLA
                                                            United States District Judge