Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 1250)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., *Plaintiff*<br><br>v.<br><br>AOQI TECH, *et al*.,<br>*Defendants* | CIVIL ACTION No.<br>24-cv-1933 (KPF) |

## **NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FoxMind Canada Enterprises Ltd. ("FoxMind" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Aparkstars in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: May 15, 2024                             Respectfully submitted,

                                                          **EPSTEIN DRANGEL LLP**

                                        BY:   /s/ Gabriela N. Nastasi  
                                                  Gabriela N. Nastasi  
                                                  gnastasi@ipcounselors.com  
                                                  EPSTEIN DRANGEL LLP  
                                                  60 East 42nd Street, Suite 1250  
                                                  New York, NY 10165  
                                                  Telephone:     (212) 292-5390  
                                                  Facsimile:       (212) 292-5391  
                                                  *Attorneys for Plaintiff*  
                                                 *FoxMind Canada Enterprises Ltd.*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2024.

                                                _____  
                                              HON. KATHERINE POLK FAILLA  
                                                United States District Judge